Pavneet Singh Uppal, SBN 016805
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
jvaldez@fisherphillips.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| STEFANOS PONTIKIS,<br><br>          Plaintiff,<br><br>     v.<br><br>LUCID USA, INC., a Delaware corporation, d/b/a LUCID MOTORS,<br><br>          Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 AND 1441** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant Lucid USA, Inc., a Delaware corporation, d/b/a Lucid Motors (hereinafter "Defendant") hereby removes to this Court the state court action described below.

1. On September 30, 2022, Plaintiff Stefanos Pontikis (hereinafter, "Plaintiff") filed his Complaint in the Superior Court of the State of Arizona, in and for the County of Pinal ("State Court"). The Complaint is entitled *Stefanos Pontikis v. Lucid USA, Inc., a Delaware corporation, d/b/a Lucid Motors*, Case No. S1100CV202201753. A true and correct copy of the Complaint is attached hereto as **Exhibit 1**.

2. Defendant waived service of the Complaint on or about November 4, 2022. True and correct copies of the Summons, Civil Cover Sheet, Certificate Regarding Compulsory Arbitration, and Waiver of Service are attached hereto as **Exhibit 2-5.**

FP 45795219.1

3. On November 29, 2022, Plaintiff filed his Amended Complaint, *pro se*, in the State Court. The Amended Complaint is entitled *Stefanos Pontikis v. Lucid USA, Inc., a Delaware corporation, d/b/a Lucid Motors*, Case No. S1100CV202201753. A true and correct copy of the Amended Complaint is attached hereto as **Exhibit 6**.

4. Defendant accepted service of process of the Amended Complaint via its statutory registered agent on December 1, 2022.

5. On or about December 3, 2022, counsel for Plaintiff filed her Application for Withdrawal as Counsel with Consent and Proposed Order. A true and correct copy of the Application for Withdrawal as Counsel with Consent and Proposed Order are attached hereto as **Exhibit 7**.

6. The most recent version of the docket from the State Court is attached hereto as **Exhibit 8**.

7. The Complaint, Civil Cover Sheet, Amended Complaint, Summons, Certificate Regarding Compulsory Arbitration, Application for Withdrawal as Counsel, Proposed Order, and Waiver of Service are the initial pleadings[1] setting forth Plaintiff's claims for relief. There have been no responsive pleadings filed in the state court action, and there are no other forms of process, pleadings, and/or orders served upon Defendant in this matter.

8. This Notice is being filed within thirty (30) days of service of the Complaint upon Defendant.

9. Pursuant to Local Rule 3.6, true and correct copies of all pleadings and other documents filed in the Superior Court proceeding are attached hereto as **Exhibits 1-7**.

10. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by Defendant

---

[1] Plaintiff does not appear to have filed a Demand for Jury Trial with his initial pleadings.

FP 45795219.1

pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states.

11. Plaintiff is a citizen and resident of the State of Texas.

12. Defendant is a Delaware corporation with its principal place of business in the State of California. *See* 28 U.S.C. § 1332(c) ("a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business"). As such, there is complete diversity of citizenship between Plaintiff and Defendant.

13. Defendant has served a copy of this Notice on the Plaintiff and a copy of the Notice has also been filed with the state court clerk pursuant to Rule 3.6 of the Local Rules of the United States District Court for the District of Arizona. A copy of the Notice filed with the state court clerk is attached hereto as **Exhibit 9**.

14. This Notice is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by Local Rule 3.6.

RESPECTFULLY SUBMITTED this 5th day of December 2022.

                        FISHER & PHILLIPS LLP

                        By /s/ Jacob R. Valdez
                            Pavneet Singh Uppal
                            Jacob R. Valdez
                            3200 N. Central Avenue, Suite 1550
                            Phoenix, Arizona 85012-2487
                            Attorneys for Defendant

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

FP 45795219.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of December 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and I hereby certify that on the 5th day of December 2022, I served a copy of the foregoing document by first class mail, postage prepaid, on the following:

Alden Thomas
Jaburg & Wilk, P.C.
3200 N. Central Avenue
20th Floor
Phoenix, AZ 85012
aat@jaburgwilk.com
Attorneys for Plaintiff

Stefanos Pontikis
4475 Trinity Mills Rd.
Ste. 700092
Dallas, TX 75370
(586) 610-3421
stevepontikis@gmail.com
Plaintiff


 /s/  Michelle C. Colwell

4

FP 45795219.1