Stefanos Pontikis
4475 Trinity Mills Rd.
Ste. 700092
Dallas, TX 75370
(586) 610-3421
stevepontikis@gmail.com

*Appearing Pro Se*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|  |  |
|---|---|
| **Stefanos Pontikis**, <br> *Plaintiff,* <br> v. <br> **Lucid Motors USA, Inc**., a Delaware corporation, d/b/a LUCID MOTORS, <br> *Defendant.* | Case No.:  CV-22-02061-PHX-GMS <br><br> **NOTICE OF PROPOSED RULE 11 MOTION FOR SANCTIONS** |

Pursuant to Federal Rules of Civil Procedure Rule 11, Plaintiff files this Notice of Proposed Motion for Sanctions ("MFS") against Defendant(s) Lucid Motors USA, Inc. ("Lucid") for their willful and deceitful filing of an improper motion which contained material misrepresentations of fact, omissions, and arguments therein which are not supported by existing laws. Plaintiff has a good faith belief that such a paper was presented to the court for improper purposes and under false pretenses to harass the plaintiff, cause needless delays, and to increase the cost of litigation.

The plaintiff attests that he did, indeed, serve this Notice of Proposed Rule 11 Motion for Sanctions ("MFS") onto Defendant(s) according to Federal Rule of Civil Procedure 5. Furthermore, although not required under Federal Rules or the Local Rules of this Court, the

plaintiff did correspond with the defendants on October 6, 2023, via email, and provided this notice describing the issues more specifically. Therefore, according to the 21-day "Safe Harbor" provision per Rule 11(c)(2), if the defendants are still in opposition to the plaintiff's MFS based on the conduct the plaintiff contends as sanctionable at the expiration of the Safe Harbor period, the proposed motion for sanctions will be filed with this Court. Plaintiff files this Notice in accordance with Rule 11.[1]

Respectfully submitted,

/s/ *Stefanos Pontikis*          Dated:  October 6th, 2023
Stefanos Pontikis
Plaintiff in Pro Per

## CERTIFICATE OF SERVICE

I hereby certify that on October 6th, 2023, the foregoing document was filed with the Clerk of the Court and such filing will electronically transmit copies of the said document to all Defendants registered and using the Pacer CM/ECF system:

**FISHER & PHILLIPS LLP**
Pavneet Singh Uppal
Jacob R. Valdez
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Attorneys for Defendant

/s/ *Stefanos Pontikis*          Dated:  October 6th, 2023
Stefanos Pontikis

---

[1] "A party seeking sanctions should give notice to the court and the offending party promptly upon discovering a basis for doing so." (Fed. R. Civ. Proc. 11 - Notes of Advisory Committee on Rules—1983 Amendment, at ¶ 17)

2