# EXHIBIT A

Pavneet Singh Uppal, SBN 016805
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
jvaldez@fisherphillips.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Stefanos Pontikis,<br><br>Plaintiff,<br><br>v.<br><br>Lucid USA, Inc., a Delaware corporation, d/b/a Lucid Motors,<br><br>Defendant. | Case No. 2:22-cv-02061-GMS<br><br>**AFFIDAVIT OF JACOB R. VALDEZ IN SUPPORT OF DEFENDANT'S APPLICATION FOR ATTORNEYS' FEES PURSUANT TO THE COURT'S ORDER AT DOC. 73** |

I, Jacob R. Valdez, hereby declare as follows:

1. I am over the age of 18 and am competent to testify as to all the matters set forth herein and would so testify if called upon to do so.

2. I have personal knowledge of the matters set forth herein. My personal knowledge is based upon my observations and personal participation in the events described below. In certain instances, my personal knowledge is based on my review of the business records of Fisher & Phillips LLP ("Fisher & Phillips") which are kept in the ordinary course of business.

3. I am an associate with the law firm of Fisher & Phillips in Phoenix, Arizona. I am a member in good standing with the State Bar of Arizona and an attorney for Defendant Lucid USA, Inc. in the action entitled *Stefanos Pontikis v. Lucid USA, Inc., a Delaware corporation, d/b/a Lucid Motors.*, Case No. 2:22-cv-02061-GMS.

FP 50830335.1

4. **Fee Agreement With Fisher & Phillips.** Defense counsel has submitted invoices to Defendant Lucid USA, Inc. for the time that they spent responding to Plaintiff's motion for sanctions (between October-December of 2023), which Defendant has agreed to pay, and which Defendant will pay, at the below hourly rates:

- Partner Pavneet Singh Uppal: $295.00 per hour
- Associate Jacob R. Valdez: $260.00 per hour

In addition, Defense counsel is in the process of submitting invoices to Defendant Lucid USA, Inc. for the time that they spent in preparing Defendant's Application for Attorneys' Fees, which Defendant has also explicitly agreed to pay, and which Defendant will pay, at the above hourly rates.

5. **Task-Based Itemized Statements of Fees.** Defendant's Task-Based Itemized Statements of Fees that Defendant has agreed to pay, and will pay, in connection with the instant litigation is attached hereto as **Exhibit 1**.[1] The itemization indicates the date on which legal services were provided, the name of the attorney who provided the service, the amount of fees charged for the service, the time expended, a description of the service provided, and the amount requested. **Exhibit 1** was created from the invoices that have been submitted to Defendant from Fisher & Phillips.

6. **Background, Experience, Qualifications and Role of Counsel.** I received my J.D. from Arizona State University Sandra Day O'Connor College of Law in 2019. I am a member in good standing of the State Bar of Arizona and have been practicing law since 2020, primarily in the areas of commercial litigation and employment law. From 2019-2020, I worked as a Judicial Law Clerk for the Pima County Arizona Superior Court. I worked at Farhang & Medcoff as an Associate from 2020-2022. In October of 2022, I joined the law firm of Fisher & Phillips in the Phoenix office as an Associate. I have been primarily responsible for the defense of this case, along with my colleague, Pavneet Singh Uppal.

---

[1] Defendant has not incurred non-taxable costs associated with defending against Plaintiff's Rule 11 motion at Doc. 60.

Pavneet Singh Uppal is a Regional Managing Partner also in the Phoenix office of Fisher & Phillips. He is also a member in good standing of the State Bar of Arizona. Mr. Uppal has been practicing law since he received his J.D. with Honors from the University of Texas-Austin in 1993. He worked for Bryan Cave from 1995-1997 before rejoining Bryan Cave in 1997 as an Associate in the Labor and Employment Department. He became a Partner at Bryan Cave in 2001. On June 9, 2005, Mr. Uppal became a Shareholder with the law firm of Ogletree Deakins. In January of 2010, Mr. Uppal became the Regional Managing Partner in the Phoenix office of Fisher & Phillips.

7. **Reasonableness of Rate.** Fisher & Phillips charges Defendant rates that are reasonable and are generally in accordance with rates charged by other lawyers in this community with similar experience and education. Defense counsel is seeking recovery of its attorneys' fees at a rate of $295/hour for Partner Pavneet Singh Uppal, and $260/hour for Associate Jacob R. Valdez. These rates are reasonable and generally in accordance with the rates charged by other lawyers in the community with similar experience and education. These rates are also well below the standard hourly rates charged by Mr. Uppal and Mr. Valdez. Mr. Uppal's standard hourly rate is $675, and Mr. Valdez's standard hourly rate is $435. Thus, the hourly rates charged by Defense counsel are completely reasonable and consistent with the prevailing rates in the local market.

8. **Reasonableness of Time Spent.** Jacob R. Valdez and Pavneet Singh Uppal have reviewed and approved the time set forth in Defendant's Task-Based Itemized Statements of Fees from Fisher & Phillips at **Exhibit 1** and believe that the time spent in this matter was reasonable and necessary under the circumstances and that Defense counsel have exercised billing judgment.

9. Before sending the invoices at issue to Defendant, Defense counsel Pavneet Singh Uppal reviewed each invoice and exercised billing judgment to eliminate unnecessary, duplicative, and excessive time before such bills will be presented to Defendant for payment.

10. I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

DATED this 4th day of June 2024.

_____
Jacob R. Valdez

SUBSCRIBED AND SWORN TO this 4th day of June 2024.

_____
Notary Public

My Commission Expires:



CHRISTINA MARIE LOGAN
Notary Public, State of Arizona
Maricopa County
Commission # 608848
My Commission Expires
June 17, 2025

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

4

FP 50830335.1

# EXHIBIT 1

*Stefanos Pontikis v. Lucid USA, Inc.*
Arizona District Court Case No. 2:22-cv-02061-GMS

**Fisher & Phillips LLP Task Based Itemized Statements of Fees**

| Date | Atty | Billed Amount | Time Spent | Description | Amount Requested |
|---|---|---|---|---|---|
| 10/06/23 | Valdez, Jacob | $78.00 | 0.30 | Review and analysis of proposed Rule 11 Sanctions motion. | $78.00 |
| 10/06/23 | Uppal, Pavneet | $147.50 | 0.50 | Review and analyze letter from plaintiff's counsel regarding Rule 11 motion and grounds in support of Rule 11 motion. | $147.50 |
| 10/09/23 | Valdez, Jacob | $130.00 | 0.50 | Emails with Client regarding sanctions motion/application for default and recommended strategy. | $130.00 |
| 11/29/23 | Uppal, Pavneet | $737.50 | ~~2.50~~ 1.50 | Review and analyze plaintiff's Rule 11 sanctions motion. | $442.50 |
| 11/30/23 | Valdez, Jacob | $182.00 | 0.70 | Review and analysis of motion for sanctions. | $182.00 |
| 11/30/23 | Valdez, Jacob | $312.00 | 1.20 | Begin developing legal arguments in response to motion for sanctions. | $312.00 |
| 11/30/23 | Valdez, Jacob | $130.00 | 0.50 | Attention to and address emails with Client regarding motion for sanctions and outstanding discovery items. | $130.00 |
| 12/05/23 | Valdez, Jacob | $286.00 | 1.10 | Begin legal research regarding Rule 11 sanctions to bolster arguments in response to Plaintiff's motion for sanctions. | $286.00 |
| 12/08/23 | Valdez, Jacob | $546.00 | 2.10 | Draft and develop factual background to response to Plaintiff's Motion for Sanctions. | $546.00 |
| 12/08/23 | Valdez, Jacob | $234.00 | 0.90 | Draft legal standard and incorporate legal research into response to Plaintiff's motion for sanctions. | $234.00 |
| 12/08/23 | Valdez, Jacob | $754.00 | 2.90 | Draft and develop procedural arguments in response to Plaintiff's motion for sanctions. | $754.00 |
| 12/08/23 | Uppal, Pavneet | $560.50 | 1.90 | Review and revise response to plaintiff's motion for sanctions. | $560.50 |
| 12/09/23 | Valdez, Jacob | $702.00 | 2.70 | Draft and develop legal substantive arguments in response to Plaintiff's motion for sanction. | $702.00 |
| 12/11/23 | Valdez, Jacob | $598.00 | 2.30 | Draft and develop sanctions request in response to Plaintiff's motion for sanctions. | $598.00 |

FP 50830594.1

| 12/11/23 | Valdez, Jacob | $494.00 | 1.90 | Review, revise, and work to finalize response to sanctions motion for client review. | **$494.00** |
|---|---|---|---|---|---|
| 12/11/23 | Valdez, Jacob | $78.00 | 0.30 | Attention to and address emails with Client regarding revisions to response to sanctions motion. | **$78.00** |
| 12/11/23 | Valdez, Jacob | $234.00 | 0.90 | Work to revise sanctions motion based on client revisions. | **$234.00** |
| 12/11/23 | Uppal, Pavneet | $88.50 | 0.30 | Review emails from Client regarding plaintiff's revisions to response to motion for sanctions. | **$88.50** |
| 12/12/23 | Valdez, Jacob | $78.00 | 0.30 | Attention to and address additional emails with Client regarding revisions to response motion for sanctions. | **$78.00** |
| 12/12/23 | Valdez, Jacob | $234.00 | 0.90 | Further revisions to response to sanctions motion and prepare to file. | **$234.00** |
| 12/20/23 | Valdez, Jacob | $182.00 | 0.70 | Review and analysis of Reply ISO Motion for Sanctions. | **$182.00** |
| 12/20/23 | Uppal, Pavneet | $265.50 | 0.90 | Review plaintiff's reply brief in support of his Rule 11 motion and legal authorities cited therein. | **$265.50** |
| 12/21/23 | Valdez, Jacob | $52.00 | 0.20 | Email with Client regarding Reply to Motion for Sanctions. | **$52.00** |
| **Total** | | $7,103.50 | ~~26.50~~ 25.50 | | **$6,808.50** |