# EXHIBIT B

Pavneet Singh Uppal, SBN 016805
Jacob R. Valdez, SBN 035634
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
jvaldez@fisherphillips.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stefanos Pontikis,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Lucid USA, Inc., a Delaware corporation, d/b/a Lucid Motors,<br><br>　　　　　Defendant. | Case No. 2:22-cv-02061-GMS<br><br>**DEFENDANT'S STATEMENT OF CONSULTATION IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES PURSUANT TO THE COURT'S ORDER AT DOC. 73** |

　　　　I, Jacob R. Valdez, counsel for Defendant Lucid USA, Inc. (hereinafter "Lucid" or "Defendant"), hereby certify that I attempted to engage in personal consultation with Plaintiff Stefanos Pontikis via email on May 22, 2024, regarding his availability to discuss Defendant's Application for Attorneys' Fees at Doc. 78, pursuant to LRCiv. 54.2(d)(1). On May 23, 2024, Plaintiff informed undersigned counsel that he was out of the country and would follow-up promptly. *Id.* On May 28, 2024, undersigned counsel reached out again regarding Plaintiff's availability to discuss matters in its Application for Attorneys' Fees. *Id.* As of the time of this filing, no response has been received. Accordingly, Defendant's Application for Attorneys' Fees is necessary.

//

//

//

FP 50830614.1

1  RESPECTFULLY SUBMITTED this 4th day of June 2024.

2  FISHER & PHILLIPS LLP

4  By s/ Jacob R. Valdez
5  Pavneet Singh Uppal
   Jacob R. Valdez
6  3200 N. Central Avenue, Suite 1550
7  Phoenix, Arizona 85012-2487
   Attorneys for Defendant

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400

2

FP 50830614.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of June 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and I hereby certify that a copy of the foregoing document was served through the CM/ECF System and via U.S. Mail, postage prepaid on the following:

Stefanos Pontikis
4475 Trinity Mills Rd.
Ste. 700092
Dallas, TX 75370
(586) 610-3421
stevepontikis@gmail.com
Plaintiff


 s/  Michelle C. Xochicale

3